IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **AGNES KRIBBELER,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-20-2008 |
| **ZEN ENTERPRISES CORP.,** *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

On June 8, 2020 Plaintiff Agnes Kribbeler ("Kribbeler" or "Plaintiff"), represented by counsel, filed suit against Defendants David Stewart ("Stewart") and Zen Enterprises Corporation ("Zen Enterprises") in the Circuit Court for Howard County, Maryland. *See* Case No. C-13-CV-20-000464. On July 8, 2020, Defendants removed the case to this Court pursuant to 28 U.S.C. §§ 1441 and 1332. (ECF No. 1.) On November 12, 2020, this Court granted a Motion to Withdraw as attorney (ECF No. 22), and Plaintiff Agnes filed a *pro se* Amended Complaint (ECF No. 24), which did not include any claims against Defendant Stewart. The Defendants filed a joint Motion to Dismiss the Amended Complaint. (ECF No. 27.)

In January 2021, Plaintiff Kribbeler retained new counsel (ECF Nos. 28, 29), and on February 24, 2021, the parties filed a stipulation with respect to the pending Motion to Dismiss (ECF No. 37). The stipulation provided that the Plaintiff would file a Second Amended Complaint on or before March 26, 2021, and the Defendants would file opposition to a

1

Motion to Amend and/or a reply in further support of their Motion to Dismiss the Amended Complaint by April 16, 2021. (ECF No. 37.) Ultimately, the Plaintiff filed a Motion for Leave to File Second Amended Complaint (ECF No. 40), which the Defendant Zen Enterprises does not oppose (ECF No. 41). The Second Amended Complaint attached to the Plaintiff's pending motion includes almost entirely different causes of actions against Zen Enterprises, and again, there are no claims asserted against Defendant Stewart. (ECF No. 40-1.) Accordingly, IT IS HEREBY ORDERED this 11th Day of May, 2021 that:

1. Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 40) is GRANTED;

2. Defendants' Motion to Dismiss the Amended Complaint (ECF No. 27) is DENIED AS MOOT;

3. Defendant Stewart is TERMINATED as a Defendant in this case;

4. The Clerk of this Court shall transmit copies of this Memorandum Order to the parties and counsel of record.

_____/s/_____
Richard D. Bennett
United States District Judge